The appellant, Warren E. Littrell, was convicted in the District Court of St. Clair County of carrying a concealed weapon, a violation of § 13A-11-50, Ala. Code 1975. The appellant was fined $50.00 and was ordered to pay court costs. On direct appeal pursuant to Rule 30.2, Ala.R.Crim.P., and §12-12-72, Ala. Code 1975, he raises one issue for review.
The appellant contends that the district court's judgment was plainly and palpably erroneous because, he says, the State failed to satisfy its burden of proof under § 13A-11-50, Ala. Code 1975. The appellant's case was presented ore tenus and there is no transcript; however, the record does contain the district court's statement of the evidence, made pursuant to Rule 10(d), Ala.R.App.P. The statement of the evidence indicates that the appellant had a bench trial on August 8, 1996. (R. 19-21.) However, the case action summary indicates that the appellant pleaded guilty to the charge of carrying a concealed weapon on August 22, 1996. Because there was no official transcript of the proceedings in the district court, it is not clear whether the appellant entered a guilty plea or was adjudged guilty following a bench trial.
Therefore, we remand this case to the District Court of St. Clair County in order that that court may determine the manner in which the judgment was entered. A return to remand will be made with this court within 28 days of the date of this opinion.
REMANDED WITH INSTRUCTIONS.
All the Judges concur.
 On Return to Remand